UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>ADELPHIA COMMUNICATIONS CORP., et al., a Delaware corporation,<br><br>　　　　　　Debtors.<br><hr><br>ADELPHIA RECOVERY TRUST,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., et al.<br><br>　　　　　　Defendants. | Chapter 11 Case<br>Case No. 02-41729(REG)<br><br><br><br>CIVIL ACTION FILE<br><br>NO. 07 CIV. 11152(LMM)<br><br>(Related to 03 MDL 1529(LMM)<br>and 05 Civ. 9050(LMM) |

### AFFIDAVIT OF SERVICE

Bonnie Feuer, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Troutman Sanders LLP.

2. On December 17, 2007, I served a true and correct copy of Defendants' Brief in Opposition to Motion to Withdraw the Reference, via first class mail, upon Counsel for Plaintiff, as follows:

> David M. Friedman, Esq.
> Joseph A. Gershman, Esq.
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, New York 10019

*Bonnie Feuer*
Bonnie Feuer

Subscribed and sworn to before me
this 17th day of December 2007

*Louisa Wiles*
Notary Public

[Notary Seal: LOUISA WILES, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES OCT. 19, 2008]