UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation,<br><br>                Debtors.<br><hr>ADELPHIA RECOVERY TRUST,<br><br>                Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*,<br><br>                Defendants. | Chapter 11 Case<br><br>Case No. 02-41729 (REG)<br><br><br><br><br>CIVIL ACTION FILE<br><br>NO. 07 Civ. 11152 (LMM)<br><br>(Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF
HARRIS B. WINSBERG OF TROUTMAN SANDERS LLP**

    PLEASE TAKE NOTICE THAT, upon the annexed declaration of Harris B. Winsberg, Esq., dated December 12, 2007, and the exhibits annexed thereto, Defendants Prestige Communications of NC, Inc., *et al.* respectfully move this Court for an order pursuant to Local Civil Rule 1.3(c) granting leave to Harris B. Winsberg of Troutman Sanders LLP, to proceed *pro hac vice* as its attorney of record in this action.

Dated: New York, New York
       December 12, 2007

                                      TROUTMAN SANDERS LLP

                                      By /s/ Paul H. Deutch

[CONTINUED ON NEXT PAGE]

                                                   The Chrysler Building
                                                   405 Lexington Avenue
                                                   New York, New York  10174
                                                   Telephone No.: (212) 704-6000
                                                   Facsimile No.  (212) 704-6288

                                                   *Counsel for Defendants Prestige*
To:                                            *Communications of NC, Inc., et al.*

David M. Friedman, Esq.
Joseph A. Gershman, Esq.
1633 Broadway
New York, New York 10019
Telephone No.:   (212) 506-1700
Facsimile No.:    (212) 506-1800

*Attorneys for Plaintiff Adelphia Recovery Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation,<br><br>        Debtors. | Chapter 11 Case<br><br>Case No. 02-41729 (REG) |
| ADELPHIA RECOVERY TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 07 Civ. 11152 (LMM)<br><br>(Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |

**DECLARATION OF PAUL DEUTCH IN SUPPORT OF DEFENDANTS PRESTIGE COMMUNICATIONS OF NC, INC., ET AL'S MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Paul Deutch, an attorney duly admitted to practice before the Courts of the State of New York, hereby declares the following under penalties of perjury:

1.    I am associated with the firm of Troutman Sanders LLP, attorneys for Defendants Prestige Communications of NC, Inc., et al. (the "Defendants") in the above-captioned action. I am a member in good standing of the bar of the State of New York and of the bar of the United States District Court of the Southern District of New York. I make this affirmation in support of the application of Harris B. Winsberg to appear *pro hac vice* before the Court.

2.  Mr. Winsberg is a partner with Troutman Sanders LLP's Atlanta, Georgia's office which is located at Bank of America Plaza, Suite 5200, 600 Peachtree Street, N.E., Atlanta, Georgia 30308.

3.  The Declaration of Mr. Winsberg is annexed hereto as Exhibit A.

4.  I respectfully submit a proposed order granting the admission of Harris B. Winsberg, *pro hac vice*, which is attached hereto.

**WHEREFORE**, Defendants respectfully request this Court to grant this motion to allow Harris B. Winsberg to appear *pro hac vice* before this Court until the conclusion of this case.

Dated: New York, New York
       December 12, 2007

PAUL DEUTCH

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation,<br><br>        Debtors. | Chapter 11 Case<br><br>Case No. 02-41729 (REG) |
| ADELPHIA RECOVERY TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 07 Civ. 11152 (LMM)<br><br>(Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |

### DECLARATION OF HARRIS B. WINSBERG IN SUPPORT OF HIS MOTION FOR ADMISSION PRO HAC VICE

Harris B. Winsberg, being duly sworn deposes and says:

1. I am an attorney with the law firm of Troutman Sanders LLP in its Atlanta, Georgia office, which is located at the Bank of America Building, Suite 5200, 600 Peachtree Street, N.E., Atlanta, Georgia 30308. I make this affidavit in support of the application for my admission *pro hac vice* for the purpose of appearing on behalf of Defendants Prestige Communications of NC, Inc., et al. (the "Defendants"), in the above-captioned action.

2. I am a 1997 graduate of the University of Florida College of Law. I have been licensed to practice law in Florida since 1997, and have been licensed to practice law in Georgia

since 2000. I am currently a member in good standing of the bar of the State of Georgia. I am also a member in good standing of the bar of the United States District Court for the Northern District of Georgia. An original Certificate of Good Standing from the State Bar of Georgia is annexed hereto as Exhibit 1.

3. I never have been the subject of disciplinary action by the bar or courts of any jurisdiction in which I am licensed.

4. I never have been denied admission to the courts of any state or to any federal court.

5. Troutman Sanders LLP has New York offices at 405 Lexington Avenue, New York, New York 10174, and its attorneys are qualified to practice before this Court.

6. I am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Local Rules of this Court.

**WHEREFORE**, I respectfully request that this Court authorize my admission *pro hac vice* for the purpose of appearing in all matters and proceedings in this action.

_Harris Winsberg_
HARRIS B. WINSBERG

Subscribed and sworn to before me
this 12th day of December 2007.

_Susan Bonnie Feuer_
Notary Public

- 2 -

**EXHIBIT 1**

**CERTIFICATE OF GOOD STANDING**

From

**STATE BAR OF GEORGIA**

For

**HARRIS B. WINSBERG**

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Harris Bryan Winsberg
**Troutman Sanders LLP**
600 Peachtree St., N.E., Suite 5200
Atlanta, GA 30308-2216

**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   03/02/2000

**Attorney Bar Number:**   770892

Today's Date:   December 10, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law
   in the State of Georgia.
  -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Judy Hill*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation,<br><br>        Debtors.<br>_____<br><br>ADELPHIA RECOVERY TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*,<br><br>        Defendants. | Chapter 11 Case<br><br>Case No. 02-41729 (REG)<br><br><br><br><br><br>CIVIL ACTION FILE<br><br>NO. 07 Civ. 11152 (LMM)<br><br>(Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Harris B. Winsberg, attorney for Defendants Prestige Communications of NC, Inc., et al., and Paul Deutch's sponsor affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Harris B. Winsberg |
| Firm Name: | Troutman Sanders LLP |
| Address: | 600 Peachtree Street |
| City/State/Zip: | Atlanta, Georgia 30308-2216 |
| Telephone/Fax: | (404) 885-3384/(404) 962-6719 |
| Email Address: | harris.winsberg@troutmansanders.com |

is admitted to practice *pro hac vice* as counsel for Defendants Prestige Communications of NC, Inc., et al. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007

City, State:   New York, New York

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation,<br><br>        Debtors. | Chapter 11 Case<br><br>Case No. 02-41729 (REG) |
| ADELPHIA RECOVERY TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO.  07 Civ. 11152 (LMM)<br><br>(Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of December 2007, a true and correct copy of Defendants' Notice of Motion For Pro Hac Vice Admission of Harris B. Winsberg with Declaration and Exhibits annexed thereto was sent by first-class United States mail, postage prepaid, to:

    David M. Friedman, Esq.
    Joseph A. Gershman, Esq.
    1633 Broadway
    New York, New York 10019
    Telephone No.:  (212) 506-1700
    Facsimile No.:   212) 506-1800

*Attorneys for Prestige Communications of NC, Inc.*

_____
PAUL DEUTCH