UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation, | Case No. 02-41729 (REG) |
| Debtors. | |
| ADELPHIA RECOVERY TRUST, | |
| Plaintiff, | CIVIL ACTION FILE NO. 07 Civ. 11152 (LMM) |
| v. | (Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |
| PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*, | |
| Defendants. | |

## NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF DOUGLAS E. ERNST OF TROUTMAN SANDERS LLP

PLEASE TAKE NOTICE THAT, upon the annexed declaration of Douglas E. Ernst, Esq.,

dated December 12, 2007, and the exhibits annexed thereto, Defendants Prestige

Communications of NC, Inc., *et al.* respectfully move this Court for an order pursuant to Local

Civil Rule 1.3(c) granting leave to Douglas E. Ernst of Troutman Sanders LLP, to proceed *pro*

*hac vice* as its attorney of record in this action.

Dated: New York, New York
          December 12, 2007

                                                          TROUTMAN SANDERS LLP

                                                          By
                                                          Paul H. Deutch

*[CONTINUED ON NEXT PAGE]*

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone No.: (212) 704-6000
Facsimile No.   (212) 704-6288

*Counsel for Defendants Prestige
Communications of NC, Inc., et al.*

To:

David M. Friedman, Esq.
Joseph A. Gershman, Esq.
1633 Broadway
New York, New York 10019
Telephone No.:    (212) 506-1700
Facsimile No.:    (212) 506-1800

*Attorneys for Plaintiff Adelphia Recovery Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation, | Case No. 02-41729 (REG) |
| Debtors. | |
| ADELPHIA RECOVERY TRUST, | CIVIL ACTION FILE NO. 07 Civ. 11152 (LMM) |
| Plaintiff, | |
| v. | (Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |
| PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*, | |
| Defendants. | |

### DECLARATION OF PAUL DEUTCH IN SUPPORT OF DEFENDANTS PRESTIGE COMMUNICATIONS OF NC, INC., ET AL'S MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Paul Deutch, an attorney duly admitted to practice before the Courts of the State of New York, hereby declares the following under penalties of perjury:

1.    I am associated with the firm of Troutman Sanders LLP, attorneys for Defendants Prestige Communications of NC, Inc., et al. (the "Defendants") in the above-captioned action. I am a member in good standing of the bar of the State of New York and of the bar of the United States District Court of the Southern District of New York. I make this affirmation in support of the application of Douglas E. Ernst to appear *pro hac vice* before the Court.

2.    Mr. Ernst is a partner with Troutman Sanders LLP's Atlanta, Georgia's office which is located at Bank of America Plaza, Suite 5200, 600 Peachtree Street, N.E., Atlanta, Georgia 30308.

3.    The Declaration of Mr. Ernst is annexed hereto as Exhibit A.

1883724_1.DOC

4.     I respectfully submit a proposed order granting the admission of Douglas E. Ernst, *pro hac vice*, which is attached hereto.

**WHEREFORE**, Defendants respectfully request this Court to grant this motion to allow Douglas E. Ernst to appear *pro hac vice* before this Court until the conclusion of this case.

Dated:  New York, New York
        December 12, 2007

PAUL DEUTCH

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation, | Case No. 02-41729 (REG) |
| Debtors. | |
| ADELPHIA RECOVERY TRUST, | CIVIL ACTION FILE NO. 07 Civ. 11152 (LMM) |
| Plaintiff, | |
| v. | (Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |
| PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*, | |
| Defendants. | |

### DECLARATION OF DOUGLAS E. ERNST IN SUPPORT OF
### HIS MOTION FOR ADMISSION PRO HAC VICE

Douglas E. Ernst**,** being duly sworn deposes and says:

1.    I am an attorney with the law firm of Troutman Sanders LLP in its Atlanta, Georgia office, which is located at the Bank of America Building, Suite 5200, 600 Peachtree Street, N.E., Atlanta, Georgia 30308.  I make this affidavit in support of the application for my admission *pro hac vice* for the purpose of appearing on behalf of Defendants Prestige Communications of NC, Inc., et al. (the "Defendants"), in the above-captioned action.

2.    I am a 1989 graduate of the University of North Carolina School of Law.  I have been licensed to practice law in Georgia since 1989.  I am currently a member in good standing of the bar of the State of Georgia.  I am also a member in good standing of the bar of the United

States District Court for the Northern District of Georgia.   An original Certificate of Good

Standing from the State Bar of Georgia is annexed hereto as Exhibit 1.

3.      I never have been the subject of disciplinary action by the bar or courts of any

jurisdiction in which I am licensed.

4.      I never have been denied admission to the courts of any state or to any federal

court.

5.      Troutman Sanders LLP has New York offices at 405 Lexington Avenue, New

York, New York 10174, and its attorneys are qualified to practice before this Court.

6.      I am familiar with the Federal Rules of Civil Procedure, the Federal Rules of

Evidence and the Local Rules of this Court.

**WHEREFORE**, I respectfully request that this Court authorize my admission *pro hac*

*vice* for the purpose of appearing in all matters and proceedings in this action.

_____
DOUGLAS E. ERNST

Subscribed and sworn to before me

this 12Th day of December 2007.

_Susan Bonnie Feuer_
Notary Public



-2-

**EXHIBIT 1**

**CERTIFICATE OF GOOD STANDING**

**From**

**STATE BAR OF GEORGIA**

**For**

**DOUGLAS E. ERNST**

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Douglas Edward Ernst
Troutman Sanders LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, GA  30308-2216

CURRENT STATUS:    **Active Member-Good Standing**

DATE OF ADMISSION TO PRACTICE:    06/23/1969

Attorney Bar Number:    249956

Today's Date:    December 10, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
    **-Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
    **-Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
    **-Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court.  Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Judy Hill*
_____
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation, | Case No. 02-41729 (REG) |
| Debtors. | |
| ADELPHIA RECOVERY TRUST, | CIVIL ACTION FILE |
| Plaintiff, | NO. 07 Civ. 11152 (LMM) |
| v. | (Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |
| PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*, | |
| Defendants. | |

## <u>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION</u>

Upon the motion of Douglas E. Ernst, attorney for Defendants Prestige Communications

of NC, Inc., et al., and Paul Deutch's sponsor affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Douglas E. Ernst |
| Firm Name: | Troutman Sanders LLP |
| Address: | 600 Peachtree Street |
| City/State/Zip: | Atlanta, Georgia 30308-2216 |
| Telephone/Fax: | (404) 885-3384/(404) 962-6719 |
| Email Address: | doug.ernst@toutmansanders.com |

is admitted to practice *pro hac vice* as counsel for Defendants Prestige Communications of NC,

Inc., et al. in the above-captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of

1883724_1.DOC

this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007

City, State:    New York, New York

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation, | Case No. 02-41729 (REG) |
| Debtors. | |
| ADELPHIA RECOVERY TRUST, | CIVIL ACTION FILE NO. 07 Civ. 11152 (LMM) |
| Plaintiff, | |
| v. | (Related to 03 MDL 1529 (LMM) and 05 Civ. 9050(LMM)) |
| PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of December 2007, a true and correct copy of Defendants' Notice of Motion For Pro Hac Vice Admission of Douglas E. Ernst with Declaration and Exhibits annexed thereto was sent by first-class United States mail, postage prepaid, to:

> David M. Friedman, Esq.
> Joseph A. Gershman, Esq.
> 1633 Broadway
> New York, New York 10019
> Telephone No.:    (212) 506-1700
> Facsimile No.:    (212) 506-1800

*Attorneys for Prestige Communications of NC, Inc.*

PAUL DEUTCH

1883724_1.DOC