```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ADELPHIA COMMUNICATIONS CORP., *et al.*,<br>a Delaware corporation,<br><br>      Debtors.<br><br>ADELPHIA RECOVERY TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC.,<br>*et al.*,<br><br>      Defendants. | Chapter 11 Case<br><br>Case No. 02-41729 (REG)<br><br><br><br>CIVIL ACTION FILE<br>NO. 07 Civ. 11152 (LMM)<br><br>(Related to 03 MDL 1529 (LMM)<br>and 05 Civ. 9050(LMM)) |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Douglas E. Ernst, attorney for Defendants Prestige Communications of NC, Inc., et al., and Paul Deutch's sponsor affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Douglas E. Ernst |
| Firm Name: | Troutman Sanders LLP |
| Address: | 600 Peachtree Street |
| City/State/Zip: | Atlanta, Georgia 30308-2216 |
| Telephone/Fax: | (404) 885-3384/(404) 962-6719 |
| Email Address: | doug.ernst@toutmansanders.com |

is admitted to practice *pro hac vice* as counsel for Defendants Prestige Communications of NC, Inc., et al. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

1883724_1.DOC

this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:      /2/20    , 2007

City, State:   New York, New York

                                                         United States District Judge

1883724_1.DOC