UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELPHIA RECOVERY TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC.,<br>JONATHAN J. OSCHER, LORRAINE OSCHER<br>McCLAIN, ROBERT F. BUCKFELDER,<br>BUCKFELDER INVESTMENT TRUST, and<br>ANVERSE, INC.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 07-11152 (LMM) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ANVERSE, INC. AND PRESTIGE COMMUNICATIONS OF NC, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Prestige Communications of NC, Inc. and Anverse, Inc., by its attorneys, state that they are not subsidiaries of any parent corporation, nor does any publicly traded corporation own more than 10% of its stock.

This 25th day of January 2008.

        /s/ Harris B. Winsberg
        TROUTMAN SANDERS, LLP
        DAVID J. SHEEHAN
        HARRIS B. WINSBERG (Pro Hac Vice)
        (Ga. Bar No. 770892)
        DOUGLAS E. ERNST (Pro Hac Vice)
        (Ga. Bar No. 249956)
        Bank of America Plaza, Suite 5200
        600 Peachtree Street, N.E.
        Atlanta, Georgia 30308-2216
        Telephone No.:     (404) 885-3000
        Facsimile No.:     (404) 885-3900

        *Counsel for Prestige Communications of N.C., Inc.,*
        *and Anverse, Inc.*

1899227_1.DOC