McKenna, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ADELPHIA COMMUNICATIONS CORP., *et al.*, a Delaware corporation,

        Debtors.

ADELPHIA RECOVERY TRUST,

        Plaintiff,

v.

PRESTIGE COMMUNICATIONS OF NC, INC., *et al.*,

        Defendants.

Chapter 11 Case

Case No. 02-41729 (REG)

(Jointly Administered)

07 Civ. 11152 (LMM)

(Related to 03 MDL 1529 (LMM) and 05 Civ. 9050 (LMM))

## ORDER FOR *PRO HAC VICE* ADMISSION ON WRITTEN MOTION

Upon the motion of Defendants Prestige Communications of NC, Inc. *et al.*, and Sean P. Dailey's affidavit in support thereof, and Paul Deutch's sponsor affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Sean P. Dailey |
| Firm Name: | Troutman Sanders LLP |
| Address: | 600 Peachtree Street |
| City/State/Zip: | Atlanta, Georgia 30308-2216 |
| Telephone/Fax: | (404) 885-4562 / (404) 962-6528 |
| Email Address: | sean.dailey@troutmansanders.com |

is admitted to practice *pro hac vice* as counsel for Defendants Prestige Communications of NC, Inc., *et al.* in the above-captioned matter in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at www1.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____2/27_____, 2008

City, State:   New York, New York

_____
United States District Judge

- 2 -