UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ADELPHIA RECOVERY TRUST,  :   07 Civ. 11152 (LMM)
                          :
            Plaintiff,    :
                          :
      vs.                 :   **NOTICE OF**
                          :   **APPEARANCE**
PRESTIGE COMMUNICATIONS OF NC, :
INC., et al.,             :   (Related to 05 Civil 9050 (LMM))
                          :
            Defendants.   :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff Adelphia Recovery Trust in the above action.

DATED:   New York, New York
         June 2, 2008

                                KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                                 /s/ Joseph A. Gershman
                                Joseph A. Gershman (jgershman@kasowitz.com)
                                1633 Broadway
                                New York, New York 10019
                                (212) 506-1700

                                *Attorneys for Adelphia Recovery Trust*