UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELPHIA RECOVERY TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC. *et al.*,<br><br>        Defendants. | Case No. 1:07 Civ. 11152 (LMM)<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on July 14, 2008 he electronically filed the forgoing Motion to Compel, Memorandum of Law in support thereof and Affirmation of Douglas E. Ernst with the Clerk of this Court using the CM/ECF system, which will automatically send email notification of such filing to all parties who are CM/ECF participants.

This 14th day of July 2008.

                                        Respectfully submitted,


                                        By:    Harris B. Winsberg_____
                                               Harris B. Winsberg (*Pro Hac Vice*)
                                               (Ga. Bar No. 770892)


1938129_1.DOC