KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

JOSEPH A. GERSHMAN
212-506-1774

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

July 18, 2008

**MEMO ENDORSED**

**BY HAND**


RECEIVED IN CHAMBERS

The Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1640
New York, NY 10007

Re:   *Adelphia Recovery Trust v. Prestige Communications of NC, Inc., et al.*
      Case No. 1:07 11152 (LMM)

Dear Judge McKenna:

Pursuant to Your Honor's July 17, 2008 Order, the parties in the above captioned matter have agreed to the following briefing schedule regarding Defendants' Third Motion to Compel the Production of Discovery.

Plaintiff's opposition brief will be filed and served on July 30, 2008, and Defendants' reply brief will be filed and served on August 8, 2008. Originally, Plaintiff's opposition brief was to have been filed and served on July 23, 2008 and Defendants' reply brief would have been filed and served on August 1, 2008.

So ordered.
/s/ LMM 7/21/08

Respectfully yours,

Joseph A. Gershman

cc:   Harris B. Winsberg (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/21/08