UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ADELPHIA RECOVERY TRUST,                :
                                        :
                  Plaintiff,            :    AFFIDAVIT OF SERVICE
                                        :
        -v.                             :
                                        :    07 Civ. 11152 (LMM)
PRESTIGE COMMUNICATIONS OF NC,          :
INC., et al.,                           :
                                        :
                  Defendants,           :
----------------------------------------X

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

      KALITAMARA MOODY, being duly sworn, deposes and says that she is employed by Kasowitz, Benson, Torres & Friedman LLP, attorneys for Plaintiff Adelphia Recovery Trust herein, she is over the age of eighteen years and she is not a party to the within action.

      On the 30th day of July, 2008, deponent served a true copy of Adelphia Recovery Trust's Memorandum of Law in Opposition to Defendants' Third Motion to Compel the Production of Discovery and Declaration of Joseph A. Gershman on Harris B. Winsberg and John H. Culver III by U.S. Mail by depositing same in a securely sealed envelope, placing the same in the care and custody of the United States Postal Service within the State of New York, to defendants' attorney John H. Culver, III, Kennedy Covington Lobdell & Hickman, L.L.P., located at Hearst Tower,

47th Floor, 214 North Tryon Street, Charlotte, NC 28202 and Harris B. Winsberg, Troutman Sanders LLP, 600 Peachtree Street, NE, Suite 5200, Atlanta, GA 30308 these being the addresses designated by said attorneys for that purpose upon the preceding papers in this action.

_____
Kalitamara Moody

Sworn to before me this
4th day of August, 2008

_____
Notary Public

MYRA PEDROZA
Notary Public, State of New York
No. 01PE6039323
Qualified in New York County
Commission Expires March 27, 2010