UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELPHIA RECOVERY TRUST,<br><br>             Plaintiff,<br>v.<br><br>PRESTIGE COMMUNICATIONS OF NC, INC., et al.<br><br>             Defendants. | AFFIDAVIT OF SERVICE<br><br>CIVIL ACTION FILE<br><br>NO. 07 CIV. 11152(LMM) |

STATE OF GEORGIA    )
                              : ss.:
COUNTY OF FULTON   )

    Bonnie Feuer, being duly sworn, deposes and says that she is employed by Troutman Sanders LLP, attorneys for Defendants Prestige Communications of NC, Inc., et al. herein, she is over the age of eighteen years and she is not party to the within action.

    On August 8, 2008, deponent served a true copy of Defendants' Reply in Further Support of Third Motion to Compel the Production of Discovery and Affirmation of Douglas E. Ernst in Support of Defendants' Reply in Further Support of Third Motion to Compel the Production of Discovery on Joseph A. Gershman by U.S. Mail by depositing same in a securely sealed envelope, placing the same in the care and custody of the United States Postal Service within the state of Georgia, to Plaintiff's attorney Joseph A. Gershman, Kasowitz, Benson, Torres &amp;

-2-

Friedman LLP, located at 1633 Broadway, New York, New York 10019, this being the address designated by said attorney for that purpose upon the preceding papers in this action.

      Joseph A. Gershman, Esq.
      Kasowitz, Benson, Torres & Friedman LLP
      1633 Broadway
      New York, New York 10019

*Bonnie Feuer*
Bonnie Feuer

Subscribed and sworn to before me

this 8th day of August 2008.

_____
Notary Public

[Notary Seal: Louisa Wiles, Notary Public, Georgia, Gwinnett County, Expires Oct. 19, 2008]