UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ADELPHIA RECOVERY TRUST,

    Plaintiff,

v.

PRESTIGE COMMUNICATIONS OF NC, INC. *et al.*,

    Defendants.

Case No. 1:07 Civ. 11152 (LMM) (RLE)

### [~~PROPOSED~~] SCHEDULING ORDER FOR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The parties hereby jointly agree to, and propose to the Court, the following plan with applicable deadlines and stipulations set forth herein in connection with Plaintiff's Motion for Leave to file Second Amended Complaint (the "Motion") (Doc. No. 60):

1. On or before **December 22, 2009**, Defendants shall file any response to Plaintiff's Motion.

2. On or before **February 1, 2010**, Plaintiff shall file any reply in support of the Motion.

3. The parties are authorized to file portions of their papers and exhibits under seal to the extent necessary to protect confidential information.

Dated: New York, New York

    __Nov. 3__, 2009

_____
Honorable Lawrence M. McKenna
United States District Court Judge

*Proposed by:*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


*Joe Gershman* (by Harris Winsberg with express permission)
David M. Friedman
Joseph A. Gershman

1633 Broadway
New York, NY 10019-6799
(212) 506-1700 (tel.)
(202) 506-1800 (fax)

*Counsel for Plaintiff*


TROUTMAN SANDERS LLP


*Harris Winsberg*
Harris B. Winsberg (*pro hac vice*)
Douglas E. Ernst (*pro hac vice*)

Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000 (tel.)
(404) 885-3900 (fax)

*Counsel for Defendants*